# IN THE SUPREME COURT OF THE STATE OF NEVADA

MAX BAER PRODUCTIONS, LTD., A CALIFORNIA CORPORATION,
                    Appellant,
vs.
RIVERWOOD PARTNERS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND JAY TIMON, AN INDIVIDUAL,
                    Respondents.

No. 71712

**FILED**

DEC 23 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On November 28, 2016, respondent Riverwood Partners, LLC, filed a motion to dismiss this appeal. The motion is unopposed. Cause appearing, we grant respondent's motion to dismiss and we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.          _____, J.
Cherry                                              Douglas

cc:    Hon. Michael P. Gibbons, Chief Judge
       Hon. Nathan Tod Young, District Judge
       Brohawn Law Firm LLC
       Dickinson Wright PLLC
       Prezant & Mollath
       Douglas County Clerk

16-40022